C. GRANT KECK, Doing Business as C. GRANT KECK ORGANIZATION, Appellant, v. WILLIAM J. EVANS, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of the Petition of SAMUEL LEVY, Special Guardian for a Decree Vacating for the Benefit of the Wards of the Special Guardian under the Trust Established for the Life of FLORENCE E. GOLDSTEIN, Decrees of the Surrogate's Court, New York County, Settling the Accounts of MOTTY EITINGON et al., as Trustees and Executors under the Will of WALDEMAR EITINGON, Deceased. In the Matter of the Petition of SAMUEL LEVY, Special Guardian, for a Decree Vacating for the Benefit of the Wards of the Special Guardian under the Trust Established for the Life of BLANCHE E. BERESLAVSKY Decrees of the Surrogate's Court, New York County, Settling the Accounts of MOTTY EITINGON et al., as Trustees and Executors, and the Decree of the Surrogate's Court, New York County, Settling the Accounts and Approving a Settlement Agreement of MOTTY EITINGON et al., as Surviving Trustees under the Will of WALDEMAR EITINGON, Deceased. MOTTY EITINGON, Individually and as Executor and Trustee under the Will of WALDEMAR EITINGON, Deceased, Appellant; SAMUEL LEVY et al., Respondents.— Orders, so far as appealed from, unanimously affirmed, each with $10 costs and disbursements to the respondents payable out of the fund. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KENDRICKS, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [190 Misc. 1058.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GROTON REALTY CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [29–33 W. 36th St., Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessment of the tax commission reinstated and confirmed on the ground that the evidence supports the values fixed by the tax commission for the year involved. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOWERY SAVINGS BANK, Respondent-Appellant, and NUMBER 535 PARK AVENUE, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [535 Park Ave. and 109 E. 61st., Borough of Manhattan.] — Order unanimously modified by fixing the values for the premises 535 Park Avenue for the years 1943–44 and 1944–45 as follows: land, $345,000, building, $200,000, total $545,000; and by fixing the value of the premises 109 East 61st Street for said years as follows: land, $21,000, building, $8,000, total $29,000. As so modified the order appealed from is affirmed, with $20 costs and disbursements to the defendants-appellants. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOWERY SAVINGS BANK, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [535 Park Ave., Borough of Manhattan.] — Order unanimously modified by fixing the values for the year 1945–46 as follows: land, $345,000, building, $200,000, total, $545,000; and as so modified affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.